CT/cvtrial (October 17, 2001)

TOTAL TIME: __4__ hours __0__ minutes

DEPUTY CLERK __D. Caudee__   HONORABLE __Warren Eginton__   RPTR/ERO/TAPE __K. Keller__

DATE __10/8/03__   START TIME __9:10__   END TIME __3:15__
LUNCH RECESS FROM __11:15__ TO __2:45__
RECESS FROM ___ TO ___ (if more than 1/2 hour)

__Cadle__

vs.

__Jones__

US DISTRICT COURT
BRIDGEPORT CT
FILED 2003 OCT -8 P 4: 21

NO. __3:00CV316(WWE)__

__Paul A. Sobel__
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

__Paul N. Gilmore__
Defendants Counsel

## COURT TRIAL

☐ ........  Jury of _____ report (see attached) ☐ Jury sworn
☐ ........  ☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☒ ........  ☒ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☒ ctrlconc . Court Trial concluded ☒ DECISION RESERVED ☐ SEE reverse for verdict
☐ ... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  ☐ Plaintiff(s) rests  ☐ Defense rests
☐ ........  Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........  ☐ Summation held  ☐ Court's Charge to the Jury
☒ ........  All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........  Jury commences deliberations at _____
☐ ........  Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........  SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)