# United States District Court

CADLE

JONES v.

PLAINTIFF

DISTRICT OF

FILED 2003 OCT -8 P 4:22

~~EXHIBIT AND~~ WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| EGINTON | PAUL N. GILMORE | PAUL SOBEL |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/8/03 | K. KELLER | D. CANDEE |

CASE NUMBER: 3:00 CV 316 (WWE)

| PLF | DEF | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/8/03 | | | Grace Jones - Fairfield |
| ✓ | | 10/8/03 | | | Stacy Schlubach - Fairfield |
| ✓ | | 10/8/03 | | | Dorothy Murren - Trumbull |
| ✓ | | 10/8/03 | | | Thomas Murren - Trumbull |
| ✓ | | 10/8/03 | | | William Jones - Fairfield |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages