# United States District Court

**DISTRICT OF** _____

Cadle _____ **DEFENDANT**

Jones v. _____

FILED 2003 OCT -8 P 4: 22

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:00CV316(WWE)

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE: W. Eginton | | PLAINTIFF'S ATTORNEY: Paul Gilmore | | DEFENDANT'S ATTORNEY: Paul Sobel | |
| TRIAL DATE(S): 10/8/03 | | COURT REPORTER: K. Keller | | COURTROOM DEPUTY: D. Cardue | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 10/8/03 | | | William Jones — Fairfield |
| | ✓ | 10/8/03 | | | Thomas Murren — Trumbull |
| | ✓ | 10/8/03 | | | Lorna Vugrinovich — Newton Falls, Ohio |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages