# United States District Court

**Plaintiff** CADLE

v. Jones

DISTRICT OF _____

FILED 2003 OCT -8 P 4:22

**EXHIBIT** ~~AND WITNESS LIST~~

CASE NUMBER: 3:00CV316 (WWE)

| | | |
|---|---|---|
| PRESIDING JUDGE: W. Eginton | PLAINTIFF'S ATTORNEY: US / Paul Gicmore | DEFENDANT'S ATTORNEY: Paul Sobel |
| TRIAL DATE(S): 10/8/03 | COURT REPORTER: K. Keller | COURTROOM DEPUTY: D. Candec |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/8/03 | ID | | Pgs 29-30 within Exhibit 123 (G. Jones Deposition) |
| ✓ | | 10/8/03 | ID | | Pgs 28-29 within Exhibit 123 (G. Jones Deposition) |
| ✓ | | 10/8/03 | ID | | Pgs 92-96 within Exhibit 124 (D. Murren Deposition) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages