United States District Court
District of Connecticut
FILED AT                BRIDGEPORT
10/8/03
Kevin F. Bowe, Clerk
By D. Cardee
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| CADLE COMPANY | ) CIVIL ACTION |
| v. | ) MASTER DOCKET NO 3:00 CV 00316 (WWE) |
| GRACE JONES | ) PLEADING APPLCABLE TO: |
| CADLE COMPANY | )    NO. 3:00 CV 00316 (WWE)<br>)    NO. 3:00 CV 00317 (WWE) |
| v. | ) |
| DOROTHY MURREN | ) OCTOBER 6, 2003 |

### PLAINTIFF'S LIST OF WITNESSES

A.   Lorna Vugrinovich. Lorna is an account officer with The Cadle Company and the one who presently, and since August of 1998, has been responsible account officer at The Cadle Company for the collection of this judgment. The areas of examination for which Lorna may be offered as a witness include, but are not limited to, the following: (1) the account history for this judgment; and (2) the interpretation of the plaintiff's business records with respect thereto.

B.   Stacey Schlubach. Ms. Schlubach is the daughter of William Jones and Grace

8/27/03

- 1 -

Jones. The areas of examination for which Ms. Schlubach may be offered as a witness include, but are not limited to, the following: (1) Ms. Schlubach's employment with Murphy & Murphy and J.M. Layton, respectively; (2) her relationship with her parents, particularly her father; (3) her knowledge about the so-called Norwalk Office Condominium at 25 Van Zant Street, Norwalk, Connecticut (including, but not limited to, issues of ownership and title, financial circumstances and all types and manner of transactions pertaining to said property, be it conveyances, leasing, mortgage lending or otherwise, and the circumstances pertaining thereto); (4) Jomur Associates, LLC; (5) all actions and transactions of Jomur Associates, LLC (and the circumstances pertaining thereto); (6) all actions and transactions pertaining to membership interests in Jomur Associates, LLC (and the circumstances pertaining thereto).

    C.    Grace Jones. The areas of examination for defendant Grace Jones may include, but are not limited to, the following: (1) banking transactions; (2) family finances and financial transactions; (3) business and financial transactions involving Grace Jones and/or William Jones; (4) Grace Jones' involvement with Murphy & Murphy and her knowledge about said business, its ownership, operations and transactions; (5) Grace Jones' involvement with Jomur Associates, LLC and her knowledge about said business, its ownership, operations and transactions; (6) any issue, matter, cause or thing pertaining to the family residence; (7) her knowledge of the financial circumstances of William Jones; and (8) any issue, matter,

cause or thing pertaining to the family residence, Murphy & Murphy, J.M. Layton, J&M Associates, and/or Jomur Associates, LLC.

D.  Dorothy Murren. The areas of examination for defendant Dorothy Murren may include, but are not limited to, the following: (1) banking transactions; (2) family finances and financial transactions; (3) business and financial transactions involving Dorothy Murren and/or Thomas Murren; (4) Dorothy Murren's involvement with Murphy & Murphy and her knowledge about said business, its ownership, operations and transactions; (5) Dorothy Murren's involvement with Jomur Associates, LLC and her knowledge about said business, its ownership, operations and transactions; (6) any issue, matter, cause or thing pertaining to the family residence (i.e., the Trumbull property) and the Vermont vacation home; (7) her knowledge of the financial circumstances of Thomas Murren; and (8) any issue, matter, cause or thing pertaining to the family residence, Murphy & Murphy, J.M. Layton, J&M Associates, and/or Jomur Associates, LLC.

E.  William Jones. The areas of examination for William Jones may include, but are not limited to, the following: (1) Stacey Schlubach, including, but not limited to, her employment with Murphy & Murphy and J.M. Layton, respectively, her relationship with her parents, particularly William Jones, statements made by William Jones to Stacey Schlubach concerning the so-called Norwalk Office Condominium at 25 Van Zant Street, Norwalk,

Connecticut (including, but not limited to, issues of ownership and title, financial circumstances and all types and manner of transactions pertaining to said property, be it conveyances, leasing, mortgage lending or otherwise, and the circumstances pertaining thereto); (2) Jomur Associates, LLC; (3) all actions and transactions of Jomur Associates, LLC (and the circumstances pertaining thereto); (4) all actions and transactions pertaining to membership interests in Jomur Associates, LLC (and the circumstances pertaining thereto); (5) banking transactions; (6) family finances and financial transactions; (7) business and financial transactions involving Grace Jones and/or William Jones; (8) William Jones' involvement with Murphy & Murphy and his knowledge about said business, its ownership, operations and transactions; (9) William Jones' involvement with Jomur Associates, LLC and his knowledge about said business, its ownership, operations and transactions; and (10) any issue, matter, cause or thing pertaining to the family residence, his personal financial circumstances, Murphy & Murphy, J.M. Layton, J&M Associates, and/or Jomur Associates, LLC.

    F.    Thomas Murren. The areas of examination for Thomas Murren may include, but are not limited to, the following: (1) Stacey Schlubach, including, but not limited to, her employment with Murphy & Murphy and J.M. Layton, respectively, her relationship with her parents, particularly William Jones, statements made to Stacey Schlubach concerning the so-

8/27/03

called Norwalk Office Condominium at 25 Van Zant Street, Norwalk, Connecticut (including, but not limited to, issues of ownership and title, financial circumstances and all types and manner of transactions pertaining to said property, be it conveyances, leasing, mortgage lending or otherwise, and the circumstances pertaining thereto); (2) Jomur Associates, LLC; (3) all actions and transactions of Jomur Associates, LLC (and the circumstances pertaining thereto); (4) all actions and transactions pertaining to membership interests in Jomur Associates, LLC (and the circumstances pertaining thereto); (5) banking transactions; (6) family finances and financial transactions; (7) business and financial transactions involving Dorothy Murren and/or Thomas Murren; (8) Thomas Murren's involvement with Murphy & Murphy and his knowledge about said business, its ownership, operations and transactions; (9) Thomas Murren's involvement with Jomur Associates, LLC and his knowledge about said business, its ownership, operations and transactions; and (10) any issue, matter, cause or thing pertaining to the family residence, the Vermont property, his personal financial circumstances, Murphy & Murphy, J.M. Layton, J&M Associates, and/or Jomur Associates, LLC.

8/27/03

PLAINTIFF,
THE CADLE COMPANY

By /s/ Paul N. Gilmore
PAUL N. GILMORE, ESQ.
Federal Bar No. ct03347
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277
(860) 548-2600
 Email: pgilmore@uks.com
Its Attorney

8/27/03