UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| THE CADLE COMPANY ) | |
|     Plaintiff, ) | CIVIL ACTION |
| ) | |
| vs. ) | MASTER DOCKET NO. |
| ) | 3:00 CV-00316 (WWE) |
| ) | |
| GRACE JONES ) | MOTION APPLICABLE TO: |
| ) | **ALL CASES** |
| ) | 3:00 CV-00316 (WWE) |
|     Defendant. ) | 3:00 CV-00317 (WWE) |
| ) | |
| THE CADLE COMPANY ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DOROTHY MURREN, ) | |
| ) | |
|     Defendant ) | |
| ) | JANUARY 2, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw her appearance on behalf of plaintiff, The Cadle Company, as she has taken a position with Bingham McCutchen LLP and, as such, will no longer be practicing at Updike, Kelly & Spellacy, P.C., which represents The Cadle Company. The Cadle Company remains represented in this action by Attorney Paul Gilmore.

**ORAL ARGUMENT NOT REQUESTED**
348866

*Kate K. Simon*
KATE KOTSAFTIS SIMON, ESQ.
Federal Bar Number ct23489
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600

348866

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| THE CADLE COMPANY<br>Plaintiff,<br><br>vs.<br><br>GRACE JONES<br><br><br>Defendant. | CIVIL ACTION<br><br>MASTER DOCKET NO.<br>3:00 CV-00316 (WWE)<br><br>MOTION APPLICABLE TO:<br>**ALL CASES**<br>3:00 CV-00316 (WWE)<br>3:00 CV-00317 (WWE) |
| THE CADLE COMPANY<br>Plaintiff,<br>vs.<br>DOROTHY MURREN,<br><br>Defendant | JANUARY 2, 2004 |

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was sent via first class United States mail, postage prepaid, this 2nd day of January, 2004 to:

Paul A. Sobel, Esq.
Bernard Green, Esq.
Green and Gross, P.C.
1087 Broad Street
Bridgeport, CT 06604-4231

*Kate K. Simon*
KATE KOTSAFTIS SIMON

348866