FILED

2004 JAN -5 P 12: 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | | |
|---|---|---|
| THE CADLE COMPANY<br>Plaintiff, | ) | 00CV316MWDAPP<br>CIVIL ACTION |
| vs. | ) | MASTER DOCKET NO.<br>3:00 CV-00316 (WWE) |
| GRACE JONES | ) | MOTION APPLICABLE TO:<br>**ALL CASES**<br>3:00 CV-00316 (WWE)<br>3:00 CV-00317 (WWE) |
| Defendant. | ) | |
| THE CADLE COMPANY<br>Plaintiff, | ) | |
| vs. | ) | |
| DOROTHY MURREN, | ) | |
| Defendant | ) | JANUARY 2, 2004 |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
1-8-04

FILED
2004 JAN -8 A 9:57
US DISTRICT COURT
BRIDGEPORT CT

**MOTION TO WITHDRAW APPEARANCE**

The undersigned hereby moves to withdraw her appearance on behalf of plaintiff, The Cadle Company, as she has taken a position with Bingham McCutchen LLP and, as such, will no longer be practicing at Updike, Kelly & Spellacy, P.C., which represents The Cadle Company. The Cadle Company remains represented in this action by Attorney Paul Gilmore.

**ORAL ARGUMENT NOT REQUESTED**
348866