UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 13 P 1:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| THE CADLE COMPANY,<br>    Plaintiff, | : 3:00cv316(WWE) (Lead)<br>:<br>: |
| v. | :<br>: |
| DOROTHY MURREN/GRACE JONES,<br>    Defendants. | :<br>: |

## ORDER

The Court requests the plaintiff to elaborate upon its statement at page 8 of its Reply Brief that the facts giving rise to the claims for imposition of constructive trusts "do not satisfy the essential elements for claims under the Act." Plaintiff should apply its analysis to each property upon which it seeks to impose a constructive trust.

The brief should be submitted by May 17, 2004. Defendants may file a response to that brief within 20 days of its submission.

WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE

Dated at Bridgeport, Connecticut this 13th day of April, 2004.