UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| CADLE COMPANY | ) CIVIL ACTION |
| | ) |
| v. | ) MASTER DOCKET NO 3:00cv316 (WWE) |
| | ) |
| GRACE JONES | ) PLEADING APPLCABLE TO: |
| | )     NO: 3:00cv316 (WWE) |
| CADLE COMPANY | )     NO: 3:00cv317 (WWE) |
| | ) |
| v. | ) |
| | ) |
| DOROTHY MURREN | ) JULY 1, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S JUNE 14 SUPPLEMENTAL POST-TRIAL MEMORANDUM

The defendants in both consolidated cases move the court pursuant to FRCP Rule 6(b) and Local Rule 7(b) for an extension of time to reply to the plaintiff's June 14, 2004 supplemental post-trial memorandum to July 23, 2004.

Defendants' counsel has good cause for requesting this extension. On or about June 15, 2004, defendants' counsel received a request to amend a complaint and the plaintiff's supplemental post-trial memorandum. The defendants' counsel prepared and filed an objection to the request to amend. However, because of other time commitments, defendants' counsel has insufficient time to respond to the post-trial memorandum.

Defendants' counsel has conferred with plaintiff's counsel, and he agrees to the granting of this motion. This is the defendants' first motion to extend the time to respond to the June 14,

2004 supplemental post-trial memorandum of law.

                                                  The defendants
                                                  Grace Jones and Dorothy Murren

by _____
          Paul A. Sobel
          Green & Gross, P.C.
          1087 Broad Street
          Bridgeport, CT., 06604
          Tel: (203) 335-5141
          Fax: (203) 367-9964
          Email: psobel@gglaw.net
          Federal Bar No. ct11452

## CERTIFICATE OF SERVICE

This to certify that a copy of the foregoing was mailed via U.S. mail on July 1, 2004 to the following counsel of record:

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06213-1277
Tel.: (860) 548-2600
Fax: (860) 548-2680

Paul A. Sobel
Green & Gross, P.C.