

**FILED**

UNITED STATES DISTRICT COURT JUL -2 A 9: 45
DISTRICT OF CONNECTICUT
(Bridgeport)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| CADLE COMPANY | ) | CIVIL ACTION |
| | ) | |
| v. | ) | MASTER DOCKET NO 3:00cv316 (WWE) |
| | ) | |
| GRACE JONES | ) | PLEADING APPLCABLE TO: |
| | ) | NO: 3:00cv316 (WWE) |
| CADLE COMPANY | ) | NO: 3:00cv317 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| DOROTHY MURREN | ) | JULY 1, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S JUNE 14 SUPPLEMENTAL POST-TRIAL MEMORANDUM

The defendants in both consolidated cases move the court pursuant to FRCP Rule 6(b) and Local Rule 7(b) for an extension of time to reply to the plaintiff's June 14, 2004 supplemental post-trial memorandum to July 23, 2004.

Defendants' counsel has good cause for requesting this extension. On or about June 15, 2004, defendants' counsel received a request to amend a complaint and the plaintiff's supplemental post-trial memorandum. The defendants' counsel prepared and filed an objection to the request to amend. However, because of other time commitments, defendants' counsel has insufficient time to respond to the post-trial memorandum.

Defendants' counsel has conferred with plaintiff's counsel, and he agrees to the granting of this motion. This is the defendants' first motion to extend the time to respond to the June 14,

*[Handwritten margin notes: "93", "to July 23, 2004.", "1/7/04", "Motion GRANTED", "WARREN W. EGINTON Senior United States District Judge"]*