UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THE CADLE COMPANY

     v.                                   3:00cv316 WWE LEAD
                                       Consolidated with 3:00cv317 WWE

GRACE JONES and
DOROTHY MURREN,

## J U D G M E N T

These consolidated actions came on for a bench trial before the Honorable Warren W. Eginton, Senior United States District Judge.

On August 20, 2004, Findings of Fact and Conclusions of Law were filed finding in favor of the plaintiff on Counts One, Three and Four against the defendant Grace Jones and in favor of the plaintiff on Count Four against the defendant Dorothy Murren, with the exception of defendant Murren's equity interest in the Connecticut residence. The Court further found in favor of the plaintiff the amount of $240,179.23 as of February 12, 2004, plus interest thereon at the rate of $30.39 per diem against the defendants Jones and Murren, jointly and severally.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff in the amount of $240,179.23 as of February 12, 2004, plus interest thereon at $30.39 per diem against the defendants Grace Jones and Dorothy Murren, jointly and severally, and the cases are closed.

Dated at Bridgeport, Connecticut, this 25th day of August, 2004.

                                        KEVIN F. ROWE, Clerk

                                        By     /s/
                                                 Chrystine W. Cody
                                                 Deputy-in-Charge

Entered on Docket _____