UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY,              : | |
|     Plaintiff,                     : | No.  3:00cv316(WWE)(LEAD) |
| v.                                    : | 3:00cv317(WWE) |
| GRACE JONES,                     : | |
|     Defendant,                   : | |
|                                         : | |
| v.                                    : | |
| THE CADLE COMPANY,        : | |
|     Plaintiff,                     : | |
| v.                                    : | |
| DOROTHY MURREN,          : | |
|     Defendant.                   : | |

**RULING ON MOTION TO AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW**

    Plaintiff requests this Court to amend the findings of fact and conclusions of law dated August 20, 2004.  Specifically, plaintiff asks this Court to rule on the defendants' affirmative defense of laches.

    The defendants effectively waived this defense by failing to address it in their post-trial briefs and by not opposing this motion to amend.  Based on defendants' waiver and the arguments set forth in the plaintiff's post-trial briefs, the Court holds that there is no basis of law or fact for a finding of laches by plaintiff.  Accordingly, the Motion to Amend [#100] is GRANTED.  The Court finds in favor of the plaintiff on defendants' affirmative defense of laches.

    SO ORDERED this 30th day of September, 2004.


_____/s/_____

WARREN W. EGINTON, SENIOR UNITED STATES DISTRICT JUDGE