09040067

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 NOV -8 P 12: 16

THE CADLE COMPANY

v.

3:00cv316 WWE LEAD
Consolidated with 3:00cv317 WWE

GRACE JONES and
DOROTHY MURREN,

**RELEASE OF JUDGMENT**

WHEREAS, THE CADLE COMPANY received a Judgment against GRACE JONES and DOROTHY MURREN, for the sum of Two Hundred Forty Thousand One Hundred Seventy-nine and 23/100 Dollars ($240,179.23), plus interest. Said Judgment was entered In The United States District Court, District of Connecticut on August 25, 2004; and

WHEREAS, The Cadle Company now recognizes that said judgment has been settled in full and fully satisfied;

NOW, THEREFORE, The Cadle Company does hereby release and discharge the judgment and any and all liens pertaining to said judgment.

EXECUTED this 27th day of October, 2004.

Signed in the presence of:

*Kathleen S. Bednarcik*

THE CADLE COMPANY, an Ohio corporation

By: _____, AVP
Timothy F. Dugic, Assistant Vice President

STATE OF OHIO
COUNTY OF TRUMBULL,

Before me, the undersigned, a Notary Public in and for said State and County, on this the 27th day of October, 2004, personally appeared Timothy F. Dugic, to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as Assistant Vice President and acknowledged to me that he executed the same as his free and voluntary act and deed of such maker, for the uses and purposes therein set forth.

Notary Public _____

AMY A. SHAFFER
Notary Public, State of Ohio
My Commission Expires 04-10-08

This instrument was prepared by Victor O. Buente, Jr., General Counsel, 100 North Center Street, Newton Falls, Ohio 44444, (330) 872-0918.